OSCN Found Document:BOWLDS v. STATE

Previous Case

Top Of Index

This Point in Index

Citationize

Next Case

Print Only

BOWLDS v. STATE2024 OK CR 19Case Number: F-2021-1155Decided: 07/18/2024CHARLES RANDY BOWLDS, JR., Appellant v. THE STATE OF OKLAHOMA, Appellee

Cite as: 2024 OK CR 19, __ __

 

ORDER TO PUBLISH

¶1 On June 19, 2024, Appellee, the State of Oklahoma, by and through Attorney General Gentner F. Drummond, filed a Motion To Publish Opinion in the above-styled case. The Attorney General asserts that publication of this Court's Summary Opinion herein (Bowlds v. State, Case No. F-2021-1155 (June 6, 2024), not for publication) is warranted because it addressed the issue of re-appointment of counsel after a valid prior waiver of counsel.

¶2 Appellee's Motion to Publish is GRANTED. The Clerk of this Court is hereby directed to designate the Summary Opinion issued on June 6, 2024, as "For Publication." The unpublished opinion is withdrawn and substituted with 2024 OK CR 20, Bowlds. V. State.

¶3 IT IS SO ORDERED.

¶4 WITNESS OUR HANDS AND THE SEAL OF THIS COURT this 18th day of July, 2024.

/s/SCOTT ROWLAND, Presiding Judge

/s/WILLIAM J. MUSSEMAN, Vice Presiding Judge

/s/GARY L. LUMPKIN, Judge

/s/DAVID B. LEWIS, Judge

/s/ROBERT L. HUDSON, Judge

ATTEST:
/s/John D. Hadden
Clerk

 

Citationizer© Summary of Documents Citing This Document

Cite
Name
Level

None Found.

Citationizer: Table of Authority

Cite
Name
Level

None Found.

oscn

EMAIL: webmaster@oscn.net
Oklahoma Judicial Center
2100 N Lincoln Blvd.
Oklahoma City, OK 73105

courts

Supreme Court of Oklahoma
Court of Criminal Appeals
Court of Civil Appeals
District Courts

decisions

New Decisions
Supreme Court of Oklahoma
Court of Criminal Appeals
Court of Civil Appeals

programs

The Sovereignty Symposium

Alternative Dispute Resolution
Early Settlement Mediation
Children's Court Improvement Program (CIP)
Judicial Nominating Commission
Certified Courtroom Interpreters
Certified Shorthand Reporters
Accessibility ADA

Contact Us
Careers
Accessibility ADA